# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America <br> v. <br> PARIS M. PHILPOTT-CRUZ <br> 1/1994; SSN \*\*\*-\*\*-9816 <br> 1130 Pewter Court, Bowie, MD 20716 <br> YOB 1994 <br> *Defendant(s)* | Case No. <br> 19-mj- 4tl - GLS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2, 2019__ in the county of __Prince George's__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1711 | did, being a Postal Service employee, convert to her own use money and property coming into her hands and under her control in the execution and under color of her employment, and willfully did fail to account for such money and property when required to do so by law and the regulation of the Postal Service. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S.A. Barrington Cameron, USPS OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/13/2019

_____
*Judge's signature*

City and state: Greenbelt, Maryland

Gina L. Simms, U.S. Magistrate Judge
*Printed name and title*